# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIXTO GUTIERREZ, as an individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MOTHER'S MARKET & KITCHEN, INC., a Delaware corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. 8:17-cv-00428-DOC-JCG<br><br>**ORDER DISMISSING CLASS AND INDIVIDUAL CLAIMS WITHOUT PREJUDICE** |

# ORDER

The Court, having read and considered Plaintiff Sixto Gutierrez's ("Plaintiff") Notice of U.S. Supreme Court's Ruling in *Morris v. Ernst & Young, LLP, et al.*, and Plaintiff's Request for Dismissal of Class and Individual Claims Without Prejudice filed on May 23, 2018 ("Request for Dismissal"), and the Declaration of Paul K. Haines in support thereof, and GOOD CAUSE appearing therefor, hereby enters the following ORDER:

1. Plaintiff's lawsuit against Defendant Mother's Market & Kitchen, Inc., United States District Court, Central District of California, Case No. 8:17-cv-00428-DOC-JCG, is dismissed in its entirety, without prejudice;

**IT IS SO ORDERED.**

Dated: May 24, 2018

_____
Honorable David O. Carter
U.S. District Court Judge